**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Juan Francisco Coronel Martinez
                                         Plaintiff,

v.                                                       Case No.: 1:25−cv−12884
                                                              Honorable Georgia N. Alexakis

Kristi Noem, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying order, the Court grants Coronel Martinez's petition for a writ of habeas corpus. [1]. Enter Order. The Court orders the government to provide Coronel Martinez with a release hearing under section 1226(a) within five (5) days of this order or otherwise release him. All respondents except for Samuel Olson are dismissed from this matter. Brandon Cowley is added to the caption pursuant to Rule 25(d). The Court declines to issue attorney's fees. Because this order provides the full relief to which Coronel Martinez is entitled, the Clerk shall enter a final judgment order in his favor and terminate this civil case. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.